# Nebraska Court of Appeals Memorandum Opinions
## NOT Selected for Posting to Court Website

### (released the week prior to November 10, 2020)

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-19-1129 | State v. Summage |
| A-20-160 | State v. Contreras |
| A-20-174 | Pena v. Shared Service Systems |
| A-20-475, A-20-476 | In re Interest of Leon C. & Audrey B. |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.